IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAN ROBERT LOEFFLER,<br><br>                    Plaintiff,<br><br>v.<br><br>RAVALLI COUNTY; JARIN GASSETT; KEENAN COLVIN; JED SPENCER; JONATHAN VAN ORDEN; BRAD WESTON; SCOTT BURLINGHAM; DOES 1-10; and CORPORATIONS A-J,<br><br>                    Defendants. | CV 24–68–M–DLC<br><br>ORDER |

Plaintiff and the remaining Defendants have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. 48.)

Accordingly, IT IS ORDERED that the above-captioned action is dismissed with prejudice, with each party to bear their won attorney's fees and costs.

The Clerk of Court is directed to close this case.

DATED this 2nd day of December, 2025.

Dana L. Christensen, District Judge
United States District Court